**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GLITCH PRODUCTIONS PTY LTD,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                    Defendants. | No. 24-cv-12464<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Beth W. Jantz |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Glitch Productions Pty Ltd ("Glitch" or "Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, the "Defaulting Defendants");

This Court having entered a preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing unauthorized copies of Glitch's federally registered copyrighted works, including the distinctive characters embodied therein ("Glitch Copyrighted Works") and/or using infringing and counterfeit versions of Glitch's federally registered trademarks ("Glitch Trademarks") (herein "Unauthorized Products") to Illinois residents.

In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Glitch Trademarks and/or which bear unauthorized copies of the Glitch Copyrighted Works. *See* [14], Exhibit 3 to the Declaration of Paul Varley, which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Glitch Trademarks and/or which bear unauthorized copies of the Glitch Copyrighted Works.

The Glitch Copyrighted Works are included in the table below.

2

| U.S. Copyright Reg. No. | Work Title | Issue Date |
|---|---|---|
| VA0002383723 | The Amazing Digital Circus. | November 29, 2023 |
| VA0002383491 | Caine. | November 29, 2023 |
| VA0002382664 | Gangle. | November 29, 2023 |
| VA0002383501 | Jax. | November 29, 2023 |
| VA0002383724 | Kinger. | November 29, 2023 |
| VA0002383722 | Pomni. | November 29, 2023 |
| VA0002383507 | Ragatha. | November 29, 2023 |
| VA0002383489 | Zooble. | November 29, 2023 |
| VA0002392949 | Cyn. | February 15, 2023 |
| VA0002392950 | J. | February 15, 2023 |
| VA0002392951 | N. | February 15, 2023 |
| VA0002392952 | Uzi. | February 15, 2023 |
| VA0002392953 | V. | February 15, 2023 |
| VA0002392355 | Murder Drones logo. | February 15, 2023 |

The Glitch Trademarks are included in the chart below.

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 7,324,648 | THE AMAZING DIGITAL CIRCUS | Mar. 12, 2024 | For: Clothing, namely, tops, knit shirts, polo shirts, jumpers in the nature of sweaters, T-shirts, sweat shirts, blouses, blazers, sweaters, jackets, vests, coats, ponchos, dresses, skirts, trousers, pants, overalls, jeans, denims in the nature of pants, shorts, camisoles, lingerie, sleepwear, underwear, swim wear, gloves, ties, scarves, headscarves, shawls, Clothing belts of textile, socks, hosiery; footwear; headwear in class 025.<br><br>For: Action figure toys; Toy accessories, namely, costumes for toys; electronic multiple activity toys; modeled plastic figurines |

|  |  |  | being toys; toys, namely, scale model plastic figures; toy models; plush stuffed toys; plush toys; apparatus for electronic games adapted for use with an external display screen or monitor; card games; dice games; arcade games; electronic games for the teaching of children; party games; portable gaming devices, namely, portable games with liquid crystal displays; trading cards for games; dolls; plush dolls in class 028.<br><br>For: Arranging of social entertainment events; entertainment services in the nature of an ongoing animation series; fan club services; live entertainment associated with an animation series, namely cosplay entertainment events, live music concerts, live visual and audio performances by actors; organization of social entertainment events; providing information, including online, about entertainment activities; provision of entertainment services in the nature of an animation series via an online forum; provision of non-downloadable audio and video entertainment featuring an animation series via electronic or digital transmission; television entertainment, namely, an ongoing television programs in the field of variety; video entertainment services, namely, an animation series; live entertainment production services in the nature of production of live events for parties and special events for social entertainment purposes; production of audio entertainment, namely, audio recording; |
|---|---|---|---|

4

| | | | |
|---|---|---|---|
| | | | multimedia entertainment services in the nature of development, production and post-production services in the fields of video and films production of live entertainment; production of animated cartoons; production of audio and/or video recordings, other than advertising; production of webcasts, other than advertising; providing online electronic publications, not downloadable in the nature of magazines in the field of entertainment; On-line journals, namely, blogs featuring entertainment news; Online publication of journals; screenplay writing in class 041. |
| 7,324,485 | ANIMATEZ | Mar. 12, 2024 | For: Action figures; scale model kits featuring modeled plastic toy figures; scale toy figure model kits; modeled plastic figurines being toys; toy figures; toy models; plush toys; dolls in class 028. |
| 7,082,519 | MURDER DRONES | Jun. 20, 2023 | For: Clothing, namely, shorts, pants, coats, dresses, skirts and socks; footwear; headwear; t-shirts; printed t-shirts; shirts; bandanas, namely, neckerchiefs; shorts; hooded sweatshirts; jumpers, namely, pullovers; jumpers in the nature of sweaters; singlets; sweatbands; wristbands as clothing; hats in class 025.<br><br>For: Action toys, namely, action figure toys; children's toys, namely, stuffed toys; costumes for toys, namely, doll costumes; cuddly toys, namely, plush dolls; electronic children's multiple activity toys; molded plastic toy figurines; scale model toy figures; toy models; plastic toys, namely, |

5

| | | | toy figures; plush toys; plush stuffed toys; scale model kits; toys, namely, dolls; electronic games apparatus adapted for use with an external display screen or monitor; dice games; arcade game machines; gaming machines; games, namely, arcade game machines, action target games, board games and card games; electronic games for teaching children; party games; portable gaming devices, namely, portable video game consoles; trading cards for games; dolls; plush dolls in class 028.<br><br>For: Arranging of entertainment, namely, arranging and conducting social entertainment events; entertainment, namely, live show performances featuring video animation; fan club services for entertainment; live entertainment, namely, live audio performances by actors; live entertainment production services, namely, live audio performances by actor; organisation of competitions, namely, entertainment and educational services in the nature of competitions in the field of entertainment, education, culture, sports, and other non-business and non-commercial fields; arranging of contests; organisation of entertainment events in the nature of live musical performances; production of audio entertainment, namely, production of audio recordings; production of video podcasts; production of live entertainment, namely, production of television shows, plays; provision of online non-downloadable audio and video |
|---|---|---|---|

| | | | entertainment in the nature of visual and audio recordings featuring animated content via electronic or digital transmission; provision of online non-downloadable audio and video entertainment in the nature of visual and audio recordings featuring animated entertainment; television entertainment in the nature of ongoing television programs in the field of variety; video entertainment services, namely, providing a web site featuring video presentations featuring animations; providing online information in the field of entertainment; providing online videos, not downloadable, in the field of animations; film production services, other than advertising films; production of animated cartoons; providing online electronic publications, not downloadable, namely, newsletters in the field of animation entertainment; electronic publication of information on a wide range of topics, including online and over a global computer network, namely, publishing of electronic publications; publishing of electronic publications; screenplay writing; production of webcasts, other than advertising, namely, providing webcasts in the field of animation entertainment; online publication of journals or diaries consisting of weblog and blog services in the nature of online journals, namely, blogs featuring animation entertainment in class 041. |
|---|---|---|---|

7

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

   a. using the Glitch Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not Glitch's product or not authorized by Glitch to be sold in connection with the Glitch Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Glitch Copyrighted Works in any manner without the express authorization of Glitch;

   c. passing off, inducing, or enabling others to sell or pass off any product as Glitch's product or any other product produced by Glitch, that is not Glitch's or not produced under the authorization, control or supervision of Glitch and approved by Glitch for sale under the Glitch Trademarks and/or the Glitch Copyrighted Works;

8

d. committing any acts calculated to cause consumers to believe that Defaulting Defendant's products are those sold under the authorization, control, or supervision of Glitch, or are sponsored by, approved by, or otherwise connected with Glitch;

e. further infringing the Glitch Trademarks and/or the Glitch Copyrighted Works and damaging Glitch's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Glitch, nor authorized by Glitch to be sold or offered for sale, and which bear any of Glitch's Trademarks or Copyrighted Works, or any reproductions, counterfeit copies or colorable imitations.

2. Default Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Amazon.com, Inc. ("Amazon"), WhaleCo, Inc. ("Temu"), Fruugo.com Limited ("Fruugo"), and Walmart, Inc. ("Walmart") (collectively, the "Third-Party Providers"), shall within seven (7) calendar days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Glitch Trademarks or which bear unauthorized copies of the Glitch Copyrighted Works.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Glitch is awarded statutory damages from certain Defaulting Defendants, as outlined in Schedule A hereto, in the amount of five-hundred-thousand dollars ($500,000) for willful use of counterfeit Glitch Trademarks in connection with the sale of products through at least the Defaulting Defendants' Seller Aliases. This

9

award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

4. Pursuant to 17 U.S.C. § 504(c)(2), Glitch is awarded statutory damages from certain Defaulting Defendants, as outlined in Schedule A hereto, in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Glitch Copyrighted Works. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Plaintiff may serve this Order on Third-Party Providers, including Amazon, Temu, Fruugo, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), and Walmart, by e-mail delivery.

6. Any Third-Party Providers holding funds for Defaulting Defendants, including Amazon, Temu, Fruugo, Payoneer, PayPal, Stripe, and Walmart, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 3 and 4 above) or other of Defaulting Defendants' assets.

7. All monies (up to the above identified statutory damages awarded in Paragraphs 3 and 4 above) in Defaulting Defendants' financial accounts, including monies held by Third-Party Providers such as including Amazon, Temu, Fruugo, Payoneer, PayPal, Stripe, and Walmart, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third-Party Providers, including Amazon, Temu, Fruugo, Payoneer, PayPal, Stripe, and Walmart, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

8. Until Glitch has recovered full payment of monies owed to it by any Defaulting Defendant, Glitch shall have the ongoing authority to serve this Order on Third-Party Providers, including Amazon, Temu, Fruugo, Payoneer, PayPal, Stripe, and Walmart, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third-Party Providers, including Amazon, Temu, Fruugo, Payoneer, PayPal, Stripe, and Walmart, shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Glitch as partial payment of the above identified damages within seven (7) calendar days of receipt of this Order.

9. In the event that Glitch identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Glitch may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand ($10,000) cash bond posted by Glitch, including the principal and any accrued interest, is hereby released to Glitch's counsel, TME Law, P.C. The Clerk of the

11

Court is directed to return the cash bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

Dated: October 8, 2025

_____
Andrea R. Wood
United States District Judge

12

**Glitch Productions Pty Ltd v. The Partnerships, et al. – Case No. 24-cv-12464**

# Schedule A

| No. | Seller Alias | Infringement Type | URL | Statutory Damages Award |
|---|---|---|---|---|
| 1 | lnbo-toy | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A30J090JWLKS1W | $100,000 |
| 2 | lujingchang | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1FUKG9YYLJZ0D | $100,000 |
| 3 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 4 | MYSH- KJ-H | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2SL1H6SETUALK&asin=B0CZ6Z2BP2 | $100,000 |
| 5 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 6 | penghehuo | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2TCYHB5CHXQPO | $500,000 |
| 7 | pengyanxiamiankuo | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3PMJ2WD6JGIH2 | $100,000 |
| 8 | pingdingchengmingyuekejiyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?seller=A1IHW3K2QWULV9 | $600,000 |
| 9 | PRC .Stores | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1X66PYNQZRGT8 | $100,000 |
| 10 | Putian Licheng City, Shijianli Department Store | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A3TJWEK5Y0IMV6 | $600,000 |
| 11 | putianshixiuyuquguanxitumaoyiyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A33YYSS7RFE0K4 | $600,000 |
| 12 | quanwei86522 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=ANG71KO3Z0QM6 | $600,000 |
| 13 | qunshengmaoyiyouxiangongsi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ATJZJN8NNTNRW | $100,000 |

13

| 14 | Qurutma | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A18FKCNPFQ8H12 | $600,000 |
| 15 | sanmenxiaqinlingshangmaoyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1GO09MRN5YYTF | $600,000 |
| 16 | SGHBSHLRLS | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2GTTHWKP6J25 | $600,000 |
| 17 | shaomengmaoyi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2GYSSB1KTJ2AK&asin=B0DFZ4PM8C&ref_=dp_merchant_link | $100,000 |
| 18 | shaoqujishangmao | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1IVTXAUC7GA3Q | $600,000 |
| 19 | SheCloth | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A3JTNR8IV13NJ7 | $600,000 |
| 20 | Spinnerrrang | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A3T8YISZ152AGZ | $600,000 |
| 21 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 22 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 23 | Wang Chao's shop | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2Z39XN29XRS72 | $600,000 |
| 24 | Wei Li6 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A5M1Q2POXTBK3 | $600,000 |
| 25 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 26 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 27 | Xi Hu Qu Gong Ji Bai Huo Dian | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1K15W69B84TO9 | $100,000 |
| 28 | Xiamen Jimei District Mai Laizhou Trading Firm (sole proprietorship) | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A173Y1U8QR72CV | $100,000 |
| 29 | Xiamen Jimei district Qin Wange trading firm | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AZ1PLYIAP0OXV | $100,000 |
| 30 | xiangshuyeshangmao | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A22QZDAE75Y54R | $100,000 |

| | | | | |
|---|---|---|---|---|
| 31 | xiaoshuaishangmao | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1633MUJH2T3TB | $100,000 |
| 32 | xipai | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1OP9KATF8R8SK | $100,000 |
| 33 | yangguang655 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AMN3UK7UZ44IP | $100,000 |
| 34 | yehuijin | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2C7XEZ0RIYFIZ | $100,000 |
| 35 | YINANXING | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1KPIUHO0NAK93&asin=B0DFGNLBSV&ref_=dp_merchant_link | $100,000 |
| 36 | YMLUS | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3G8P2MYZTJB35 | $100,000 |
| 37 | YonKaGor | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2PUGV2DA7H5KI | $600,000 |
| 38 | YUHELUO SHOP | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1RZBHLKE9QKOO | $600,000 |
| 39 | yuyingsm | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A1TYOMD4F9IFWW | $100,000 |
| 40 | zhoumingtao | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1GDADSK3UX5D4 | $600,000 |
| 41 | Zhownzs | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1O4EWBWW3KV4N | $600,000 |
| 42 | Zone heyi | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2UNYZ5ZF2XGIT | $100,000 |
| 43 | ZzhiQiang_store | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=AZDR0D6D6SWFG | $100,000 |
| 44 | 彩喜迪贸易有限公司 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A29J0OW6GZL6SO | $100,000 |
| 45 | 新化县阵峡网络科技有限公司 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1G85Z2J42G5ID&asin=B0CP57T5YX | $600,000 |

| | | | | |
|---|---|---|---|---|
| 46 | 海口美兰竹哈哈百货店（如打扰侵权,发站内信，秒下架） | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2R8R283SA6H44 | $100,000 |
| 47 | 陈建5566 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A353S0QM3N5MGO | $100,000 |
| 48 | 霄玉电子 | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A3BTAGRU0IUAOY | $100,000 |
| 49 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 51 | Shenzhen Lifan Trading | Trademark and Copyright | https://www.fruugo.us/shenzhen-lifan-trading/m-16177 | $600,000 |
| 52 | Myfrogtees | Trademark and Copyright | https://myfrogtees.com/ | $600,000 |
| 53 | Orionshirt | Trademark and Copyright | https://orionshirt.com/ | $600,000 |
| 54 | Podhalastore | Trademark and Copyright | https://podhalastore.com/ | $600,000 |
| 55 | Serenashirt | Trademark and Copyright | https://serenashirt.com/ | $600,000 |
| 56 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 57 | Tee Hand US Store | Trademark and Copyright | https://teehandus.com | $600,000 |
| 58 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 59 | teeclover | Trademark and Copyright | https://teeclover.com/ | $600,000 |
| 60 | teemoonley | Copyright only | https://teemoonley.com/ | $100,000 |
| 61 | Teepital | Trademark and Copyright | https://teepital.com/ | $600,000 |
| 62 | TeleTeeShirt | Trademark and Copyright | https://teleteeshirt.com/ | $600,000 |

| 63 | Thorshirts Premium ™ LLC | Trademark and Copyright | https://thorshirts.com | $600,000 |
|----|----|----|----|----|
| 64 | tshirt classic | Trademark and Copyright | https://tshirtclassic.com/ | $600,000 |
| 65 | USA Stylishtees | Trademark and Copyright | https://usastylishtees.com | $600,000 |
| 66 | VibramTee | Trademark and Copyright | https://vibramtee.com/ | $600,000 |
| 67 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 69 | Linxun Trading | Copyright only | https://www.temu.com/linxun-trading-m-634418210927839.html | $100,000 |
| 70 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 71 | Lucky Buying | Copyright only | https://www.temu.com/lucky-buying-m-634418217959927.html | $100,000 |
| 72 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 73 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 74 | Me and my family | Trademark and Copyright | https://www.temu.com/--m-634418217809938.html | $600,000 |
| 75 | Me and my friends | Copyright only | https://www.temu.com/--its--m-1855497598538.html | $100,000 |
| 76 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 78 | Must make three fortune | Copyright only | https://www.temu.com/must-make---m-634418217458554.html | $100,000 |
| 79 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 80 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 81 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 82 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 83 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 84 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 85 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| | | | |
|---|---|---|---|
| 86 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 87 | Super nice hats | Copyright only | https://www.temu.com/--m-634418217476759.html | $100,000 |
| 88 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 89 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 90 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 91 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 92 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 93 | TINRR | Copyright only | https://www.temu.com/tinrr-m-634418215868864.html | $100,000 |
| 94 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 95 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 96 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 97 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 98 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 99 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 100 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 101 | wuxingui | Copyright only | https://www.temu.com/wuxingui-m-634418216492187.html | $100,000 |
| 102 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 103 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 104 | Youth Utopia | Trademark and Copyright | https://www.temu.com/youth--m-634418213486993.html | $600,000 |
| 105 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 106 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 107 | luhuarao21 | Copyright only | https://www.walmart.com/seller/101629947 | $100,000 |
| 108 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 109 | Muze | Trademark and Copyright | https://www.walmart.com/seller/101695213 | $600,000 |
| 110 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| | | | |
|---|---|---|---|
| 111 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 112 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 113 | omagie | Trademark and Copyright | https://www.walmart.com/seller/102507721 | $600,000 |
| 114 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 115 | Shan Gua Store | Trademark and Copyright | https://www.walmart.com/seller/102528866 | $600,000 |
| 116 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 117 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 118 | suolingkeji | Copyright only | https://www.walmart.com/seller/101672912 | $100,000 |
| 119 | Susoonfo INC | Trademark and Copyright | https://www.walmart.com/seller/101544969 | $600,000 |
| 120 | SZD Co.Ltd | Trademark and Copyright | https://www.walmart.com/seller/101240063 | $600,000 |
| 121 | TangShanShiZuoMingMaoYiYouXianGongSi | Trademark and Copyright | https://www.walmart.com/seller/102608505 | $600,000 |
| 122 | tejumaoyi | Trademark and Copyright | https://www.walmart.com/global/seller/102506686 | $600,000 |
| 123 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 124 | Tomoaki | Copyright only | https://www.walmart.com/seller/101695722 | $100,000 |
| 125 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 126 | Vanceinfo factory | Copyright only | https://www.walmart.com/seller/101646338 | $100,000 |
| 127 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 128 | WeiSen Lnc | Trademark and Copyright | https://www.walmart.com/seller/102507675 | $600,000 |
| 129 | xiangtansiquwei | Trademark and Copyright | https://www.walmart.com/seller/102482578 | $600,000 |
| 130 | Xifabiao | Copyright only | https://www.walmart.com/seller/102499609 | $100,000 |
| 131 | Xuqiang store | Copyright only | https://www.walmart.com/seller/102593398 | $100,000 |
| 132 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

19

| | | | |
|---|---|---|---|
| 133 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 134 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 135 | YouHouXinXiKeJiYouXianGongSi | Trademark and Copyright | https://www.walmart.com/seller/101668684 | $600,000 |
| 136 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 137 | zhuhaiyujianerkejiyou | Copyright only | https://www.walmart.com/seller/102580983 | $100,000 |
| 138 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 139 | Zushangguang new material | Trademark and Copyright | https://www.walmart.com/seller/102572854 | $600,000 |
| 140 | DanShuSH | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A34UN57RSM64J5 | $100,000 |
| 141 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

20